UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| VLADIMIR ISPEROV,<br><br>    *Plaintiff*,<br><br>v.<br><br>KENNEDY FUNDING FINANCIAL, LLC,<br><br>    *Defendant.* | Civil Action No. 20-12531<br><br>**VERDICT SHEET** |

### I.   ORAL CONTRACT

1. Do you find that Vladimir Isperov has proven, by a preponderance of the evidence, that he entered into an oral contract with Defendant Kennedy Funding Financial?

    YES _____        NO  _X_

*If your answer to question 1 is "YES," proceed to Question 2. If your answer to question 1 is "NO," proceed to Section II.*

2. Do you find that Vladimir Isperov has proven, by a preponderance of the evidence, that Defendant Kennedy Funding Financial, LLC breached their oral contract?

    YES _____        NO _____

*Proceed to Section II.*

### II.   CONVERSION

3. Do you find that Vladimir Isperov has proven, by a preponderance of the evidence, that Kennedy Funding Financial, LLC is liable for conversion?

    YES  _X_        NO _____

*If you answered "NO" to either question 1 or question 2 **AND** you answered "NO" to Question 3, please proceed to Section III. If you answered "YES" to either question 2 **OR** question 3, please skip Section III and proceed to Section IV.*

1

### III. UNJUST ENRICHMENT

4. Do you find that Kennedy Funding Financial, LLC was unjustly enriched?

   YES _____          NO _____

*If you answered "NO" to questions 1, 3, and 4, STOP, sign, and return this form. If you answered "YES" to questions 2, 3, or 4, please proceed to Section IV.*

### IV. DAMAGES

5. If you answered "YES" to questions 2, 3, or 4, set forth the amount that Vladimir Isperov is entitled to recover from Kennedy Funding Financial, LLC.

   AMOUNT: $90,000

*Please have the jury foreperson sign below and advise the Court clerk that you have completed the verdict sheet.*

Date: January 8, 2025                    Foreperson [signed]

2