Gregg D. Trautmann, Esq. (015061993)
TRAUTMANN & ASSOCIATES, L.L.C.
64 Diamond Spring Road
Denville, New Jersey 07834
(973)627-8000
Attorneys for the Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| VLADIMIR ISPEROV<br><br>Plaintiff<br><br>v.<br><br>KENNEDY FUNDING FINANCIAL, LLC (A New Jersey limited liability company)<br><br>Defendant/Third Party Plaintiff<br><br>v.<br><br>BENI ATOORI and BNB STUDIOS, LLC<br><br>Third Party Defendants | Civil Action No.: 2:20-cv-12531<br><br>**PARTIAL JUDGMENT** |

      The plaintiff's claims in this action having come on for trial before this Court and jury on December 10, 2024 (for jury selection) and January 7th and 8th 2025 for trial, and the cause having been heard and submitted to the jury and the jury having rendered a verdict in the sum of $90,000.00 in favor of the plaintiff on Count 4 of the plaintiff's June 4, 2020, complaint as against defendant KENNEDY FUNDING FINANCIAL, LLC.

      It is on this ____14____ day of January, 2025, Ordered that judgment be entered for the plaintiff, VLADIMIR ISPEROV, against the defendant KENNEDY FUNDING FINANCIAL, LLC in the amount of $90,000.00, together with prejudgment interest in the amount of $14,628.92, and costs to be taxed.

TRAUTMANN
&
ASSOCIATES,
LLC
64 Diamond Spring Road
Denville, NJ 07834
973-627-8000
www.Trautmann.com

The Defendant/Third Party Plaintiff's claims made against the Third Party Defendants remain outstanding at the time of the entry of this Partial Judgment insofar as the Third Party Defendants are in default and the Defendant/Third Party Plaintiff ~~have been Ordered~~ are hereby by this Court to ~~expeditiously proceed with whatever course of action they deem appropriate to resolve those Third Party claims.~~ File a Motion for default Judgment by March 9, 2025, n the claims will be Dismissed and the case closed.

_____
Hon. Madeline Cox Arleo, U.S.D.J.

TRAUTMANN & ASSOCIATES, LLC
64 Diamond Spring Road
Denville, NJ 07834
973-627-8000
www.Trautmann.com