Beni Atoori
5050 Serrania Ave.
Woodland Hills, California 91364  (818) 640-0941

Third Party Defendant in propria persona

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| VLADIMIR ISPEROV, an individual,<br>Plaintiff,<br><br>v.<br><br>KENNEDY FUNDING FINANCIAL, LLC<br>a New Jersey limited liability company,<br><br><br>Defendant/Third–Party Plaintiff<br><br>v.<br><br>BENI ATOORI<br>Third Party Defendant<br>    and<br><br>BNB STUDIOS, LLC<br>Third Party Defendant | Case No.: 2:20-cv-12531<br>(Hon. Madeline Cox Arleo)<br>THIRD-PARTY DEFENDANT BENI ATOORI'S DECLARATION REQUESTING CONTINUANCE OF MOTION OF KENNEDY FUNDING FINANCIAL, LLC FOR DEFAULT JUDGMENT<br><br><br><br>Motion Date: April 7, 2025 |

I, Beni Atoori, declare as follows:

1. I am an individual over the age of 18 years, and am named as a third party defendant in the above-captioned action. I make this declaration in response to the pending motion of third party plaintiff Kennedy Funding Financial, LLC

("Kennedy") for entry of a default judgment against me and another named third party defendant, BNB Studios LLC (the "Motion"), and to request a continuance of that motion.

2. I have full personal knowledge of the facts set forth in this declaration, and if called as a witness, I would and could competently testify to those facts.

3. I had no knowledge whatsoever of Kennedy's third party complaint asserting claims for relief against me, had not been served with the third party complaint, and in fact had no knowledge that this entire action was pending, until approximately ten (10) days ago, when I received in the US Mail a copy of the Motion. Only at that point in time did I learn that I had been sued by Kennedy, and that a default had been entered against me in December 2021.

4. I am a resident of Los Angeles, California, and none of the attorneys I have worked with over the past years are licensed to practice in New Jersey, or before this court. Since becoming aware of the Motion and this action, I have been attempting diligently to retain an attorney to represent me before this court, and to prepare a substantive response to the Motion. Given the logistical issues and the expense that will be involved for me to hire a New Jersey lawyer, I believe that I will require at least another two (2) to three (3) weeks to accomplish that, and also anticipate that any attorney I retain will need at least several days to review the facts of this case and prepare an appropriate response or opposition to the Motion.

5. For the foregoing reasons, I respectfully request that the court continue the Motion, presently scheduled for April 7, 2025, for thirty (30) days, and that the deadline for me to file a response or opposition to the Motion also be continued for thirty (30) days, to allow me sufficient time to retain an attorney in New Jersey and to have a substantive response to the Motion filed and served.

6. I do not request this continuance for purposes of delay or to in any way obstruct or interfere with the court's processes or procedures. Under the circumstances, I do not believe that Kennedy would be harmed or prejudiced in any way by the relatively brief continuance I have requested. Also, given the exceedingly large judgment ($790,000) being sought by Kennedy, I believe I should be allowed adequate time to present my defense to the Motion. I also believe, from my review of the third party complaint, that I have substantive defenses to the claims for relief stated by Kennedy.

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on March 26, 2025 at Los Angeles, California.

_____
Beni Atoori