UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| VLADIMIR ISPEROV, an individual<br>　　　　　　　Plaintiff,<br><br>v.<br><br>KENNEDY FUNDING FINANCIAL, LLC<br>a New Jersey limited liability company<br>　　　　　　　Defendant.<br><br>v.<br><br>BENI ATOORI AND BNB STUDIOS, LLC<br>　　　　　　　Third Party Defendants | Case No.: 2:20-cv-12531<br><br>District Judge Madeline Cox Arleo<br>Magistrate Judge Andre M Espinosa |

**DAVID M. BERCOVITCH, ESQ.**, hereby certifies as follows:

1.　I am an attorney-at-law of the State of New Jersey and admitted to practice before the Courts of the State of New Jersey and the United States District Court for the District of New Jersey.

2.　I hereby certify that on this date, I caused a copy of Defendant's Motion for a New Trial filed and served electronically using the Court's Electronic Filing System.

　　　　　　　　　　　　　　　　　　　　**Greenfield Law Group**

Dated: May 2nd, 2025　　　　　　　　　　　*/s/ david m bercovitch*
　　　　　　　　　　　　　　　　　　　　David M. Bercovitch, Esq.,
　　　　　　　　　　　　　　　　　　　　Of Counsel.
　　　　　　　　　　　　　　　　　　　　267 South Dean Street,
　　　　　　　　　　　　　　　　　　　　Englewood, NJ 07631
　　　　　　　　　　　　　　　　　　　　(973) 528-5540
　　　　　　　　　　　　　　　　　　　　dbercovitch@greenfieldlg.com
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant