# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

**VLADIMIR ISPEROV, an individual**
Plaintiff,

v.

**KENNEDY FUNDING FINANCIAL, LLC**
a New Jersey limited liability company
Defendant.

v.

**BENI ATOORI AND BNB STUDIOS, LLC**
Third Party Defendants

Case No.: 2:20-cv-12531

District Judge Madeline Cox Arleo
Magistrate Judge Andre M Espinosa

## ORDER GRANTING DEFENDANT'S MOTION FOR NEW TRIAL

**THIS MATTER** having been brought before the Court upon the Motion of defendant, Kennedy Funding Financial, LLC, through their counsel, David M. Bercovitch, Esq. of Greenfield Law Group, for an Order granting a new trial; and due notice having been given to all counsel of record; and this Court having considered the submissions of the parties and any response thereto; and good cause having been shown;

       **IT IS** on this _____day of _____, 2025, hereby **ORDERED** that Defendant's Motion is **GRANTED**.

_____
**THE HONORABLE JUDGE MADELINE COX ARLEO**