UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>MADELINE COX ARLEO<br>UNITED STATES DISTRICT JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST. ROOM 4066<br>NEWARK, NJ 07101<br>973-297-4903 |

October 30, 2025

VIA ECF
All Counsel of Record

VIA CERTIFIED MAIL
Beni Atoori
BNB Studios, LLC
5050 Serrania Avenue
Woodland Holls, California 91364

**LETTER ORDER**

Re:   Isperov v. Kennedy Funding Financial, LLC, et al.
      Civil Action No. 20-12531

Dear Litigants:

Before the Court is Third-Party Plaintiff Kennedy Funding Financial, LLC's Motion for Default Judgment against Third-Party Defendants Beni Atoori and BNB Studios, LLC, pursuant to Federal Rule of Civil Procedure 55(b). See ECF No. 98 (the "Motion"). The Motion is **DENIED WITHOUT PREJUDICE**.

Third-Party Plaintiff fails to address why default is warranted in light of relevant case law. For example, the Court may enter default judgment only against properly served defendants who fail to file a timely responsive pleading. See E.A. Sween Co., Inc. v. Deli Express of Tenafly, LLC, 19 F. Supp. 3d 560, 567 (D.N.J. 2014). Additionally, before entering default judgment, the Court must ensure that (1) it has subject matter jurisdiction over the matter and personal jurisdiction over the parties; (2) the parties have properly been served; (3) the complaint sufficiently pleads a cause of action; and (4) the plaintiff has proved damages. See Days Inn Worldwide, Inc. v. Tulsipooja Hosp., LLC, No. 15-5576, 2016 WL 2605989, at *2 (D.N.J. May 6, 2016). The Court must also consider: (1) whether the party subject to default has a litigable defense; (2) the prejudice suffered by the party seeking default if default is denied; and (3) whether defendant's delay is due to culpable conduct. See Allaham v. Naddaf, 635 F. App'x 32, 36 (3d Cir. 2015). None of those issues were addressed here.

Therefore, the Motion, ECF No. 98, is **DENIED WITHOUT PREJUDICE** to refile a renewed Motion addressing all the relevant considerations under governing law. The Clerk of Court shall mail a copy of this Order to Third-Party Defendants via certified mail.

                                       **SO ORDERED**.

                                       *s/ Madeline Cox Arleo*
                                       **MADELINE COX ARLEO**
                                       **UNITED STATES DISTRICT JUDGE**