# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| VLADIMOR ISPEROV,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>KENNEDY FUNDING FINANCIAL, LLC,<br><br>　　　　　Defendant/Third-Party Plaintiff,<br><br>vs.<br><br>BENI ATOORI and BNB STUDIOS, LLC,<br><br>　　　　　Third-Party Defendants. | **DOCKET NO:**<br>2:20-cv-12531-MCA-AME<br><br>Civil Action<br><br><br>**NOTICE OF APPEAL**<br><br><br>**JUDGE:**<br>**Hon. Madeline Cox Arleo, USDJ**<br><br><br>**(Document Electronically Filed)** |

**TO:**　Clerk, United States District Court
　　　　District of New Jersey
　　　　Martin Luther King Building & U.S. Courthouse
　　　　50 Walnut Street
　　　　Newark, New Jersey 07102

**PLEASE TAKE NOTICE** that Defendant/Third-Party Plaintiff, Kennedy Funding Financial, LLC ("Kennedy Financial"), hereby appeals to the United States Court of Appeals for the Third Circuit from the following final Orders of the United States District Court, District of New Jersey: 1) the Order entered on December 19, 2025 (ECF 108) denying Kennedy Financial's Motion for New Trial and granting plaintiff's motion to amend the Judgment entered on January 14, 2025 (ECF 94); and 2) the underlying Judgment entered on January 14, 2025 (ECF 94).

        STARK & STARK
        A Professional Corporation

By:    *s/ Craig S. Hilliard*
       CRAIG S. HILLIARD, ESQ.
       chilliard@stark-stark.com

       100 American Metro Blvd.
       Hamilton, NJ 08619
       Tel: (609) 895-7346
       Fax: (609) 895-7395

Dated: January 15, 2026

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 15, 2026, I electronically filed the foregoing with the clerk of the court using the CM/ECF system which provides electronic notification to all counsel of record in this case.

       */s/ Craig S. Hilliard*
       CRAIG S. HILLIARD, ESQ.

4921-6072-2568, v. 1