Craig S. Hilliard, Esq.
**STARK & STARK**
A Professional Corporation
100 American Metro Blvd.
Hamilton, NJ 08619
Ph: (609) 895-7346
Fax: (609) 895-7395
Email: chilliard@stark-stark.com
*Attorneys for Defendant, Kennedy Funding Financial, LLC*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| VLADIMOR ISPEROV,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>KENNEDY FUNDING FINANCIAL, LLC,<br><br>　　　　Defendant/Third-Party Plaintiff,<br><br>vs.<br><br>BENI ATOORI and BNB STUDIOS, LLC,<br><br>　　　　Third-Party Defendants. | **DOCKET NO:**<br>2:20-cv-12531-MCA-AME<br><br>Civil Action<br><br><br>**NOTICE OF APPEARANCE** |

　　　　PLEASE TAKE NOTICE that the undersigned hereby enters his appearance on behalf of Defendant/Third-Party Plaintiff, Kennedy Funding Financial, LLC.

　　　　　　　　　　　　　　　　　　　　STARK & STARK, P.C.


　　　　　　　　　　　　　　　　　　　　By:　　/s/ *Craig S. Hilliard*
　　　　　　　　　　　　　　　　　　　　　　　CRAIG S. HILLIARD, ESQ.


Dated: January 15, 2026

4897-7070-5800, v. 1