BCO-115

# <u>UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT</u>

No. 26-1097

VLADIMIR ISPEROV, an individual

v.

KENNEDY FUNDING FINANCIAL LLC, a New Jersey Limited Liability Company,
Appellant

v.

BENI ATOORI; BNB STUDIOS, LLC

(D.N.J. 2:20-cv-12531)

Present: SHWARTZ, BOVE, and SMITH, *Circuit Judges*.

Submitted are:

(1) Clerk's Submission for Possible Dismissal due to Jurisdictional Defect.

(2) Response by Appellee to Jurisdictional Defect.

Respectfully,

Clerk

_____ORDER_____

This appeal is dismissed for lack of appellate jurisdiction because the defendant's

third-party claims were not adjudicated. *See* 28 U.S.C. § 1291; Fed. R. Civ. P. 54(b); *Knox*

*v. U.S. Lines Co.*, 294 F.2d 354, 360 (3d Cir. 1961); *cf. Dowling v. Philadelphia*, 855 F.2d

136, 138 (3d Cir. 1988); *Tilden Fin. Corp. v. Palo Tire Serv., Inc.*, 596 F.2d 604, 606 (3d Cir. 1979).

By the Court,

s/ Emil Bove
Circuit Judge

Dated: July 24, 2026

kr/cc: Gregg D. Trautmann, Esq.
       Craig S. Hilliard, Esq.

**A True Copy:**

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate

2